UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NYDIA PEREZ,                                :

                Plaintiff,             :   ECF 07 cv 8446 (LAP)

     - against -                     :   **AFFIDAVIT OF SERVICE**

JPMORGAN CHASE BANK, N.A.,     :

                Defendant.             :

------------------------------------------------------X

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK )

STUART RADESKY, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, N.A., and that on the 28th day of September, 2007, deponent served the within:

**NOTICE OF REMOVAL**

To:   Saul L. Glass, Esq.
      Law Offices of Saul L. Glass
      One Barker Avenue, Suite 425
      White Plains, New York 10601

by the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
28th day of September 2007

_____
Notary Public

VIVIAN PATRICIA FALCONI
Notary Public, State of New York
No. 41-4835878
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug 31, 2009

161341:v1