UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NYDIA PEREZ,   :

                Plaintiff,   :

- against -   :   **RULE 7.1 STATEMENT**

JPMORGAN CHASE BANK, N.A.,   :

                Defendant.   :
----------------------------------------------------------X

*ECF*

*07cv 8446 (LAP)*

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

     JPMorgan Chase & Co.

Dated: September 28, 2007

                                      JPMORGAN CHASE LEGAL AND
                                      COMPLIANCE DEPARTMENT

                                      By: _____
                                          Frederic L. Lieberman (FL 9454)
                                      Attorneys for Defendant
                                       One Chase Manhattan Plaza, Floor 26
                                       New York, New York 10081
                                       (212) 552-1815

161200:v1