Oct. 3. 2007  6:43PM   LAW OFFICE OF SAUL L. GLASS          No.4948   P. 2
FROM JP MORGAN CHASE                    (WED)10. 3'07 13:08/ST. 13:07/NO. 4860881665 P  3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

NYDIA PEREZ,                           :

                    Plaintiff,         :    ECF

        - against -                    :    07 Civ. 8446 (LAP) (MHD)

JPMORGAN CHASE BANK, N.A.,             :    **STIPULATION**

                    Defendant.         :

-------------------------------------------------X

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: 10/5/07

IT IS **HEREBY STIPULATED AND AGREED** by and between the undersigned that

the time for Defendant JPMorgan Chase Bank, N.A., to move, answer, object or otherwise plead

against the Complaint in this action is extended from Friday, October 5, 2007 to and including

Friday, October 26, 2007.

        IT IS FURTHER STIPULATED AND AGREED that Defendant will not contest service

of process upon it and that such defense is waived.

Dated: October  3 , 2007             **LAW OFFICES OF SAUL L. GLASS**

                                     By:  _____
                                           Saul L. Glass, Esq.
                                     One Barker Avenue, Suite 425
                                     White Plains, New York 10601
                                     (914) 682-0257

                                     Attorneys for Plaintiff

161426:v1

Dated: October ___3___, 2007


**JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT**

By: _____

Frederic L. Lieberman, Esq.
Attorneys for Defendant
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-1815


SO ORDERED:
October _____, 2007


_____
U.S.D.J.