UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

------------------------------------------------------------X

NYDIA PEREZ,

                Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A.

                Defendant.

------------------------------------------------------------X

07 CV 8446 (LAP)

**MEMORANDUM**

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents J.P. Morgan Chase Bank, N.A. and/or its affiliates.

SO ORDERED:

Dated: New York, New York
       October 18, 2007

                                         _____
                                         LORETTA A. PRESKA, U.S.D.J.

CGRJPM