UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nydia Perez,

          Plaintiff,

-against-

JPMorgan Chase Bank, N.A.,

          Defendant.

ECF

07 Civ. 8446 (LAP)(MHD)

**DEMAND FOR TRIAL BY JURY**

Plaintiff, Nydia Perez, by her attorney, Saul L. Glass, hereby demands a trial by jury for all matters so triable.

Dated: White Plains, New York
      October 26, 2007

LAW OFFICES OF SAUL L. GLASS

By: _/s/ Saul L. Glass_

Attorneys for Plaintiff
One Barker Avenue
White Plains, New York 10601
(914) 682-0257

805 Third Avenue[1]
16th Floor
New York, New York 10022
(212) 355-8244

---

[1] Please forward all pleadings and correspondence to White Plains.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Nydia Perez, | ECF |
| Plaintiff, | 07 Civ. 8446 (LAP)(MHD) |
| -against- | **CERTIFICATE OF SERVICE** |
| JPMorgan Chase Bank, N.A., |  |
| Defendant. |  |

I hereby certify that on October 26, 2007, I caused a copy of the within

DEMAND FOR TRIAL BY JURY

to be served by first class mail, postage prepaid, directed to the attorney for defendant at the following address:

Frederic L. Lieberman, Esq.
JPMORGAN CHASE LEGAL AND COMPLIANCE DEAPRTMENT
One Chase Manhattan Plaza 26th Floor
New York, New York 10081

Dated: White Plains, New York
       October 26, 2007

                                       SAUL L. GLASS

F:...ISI!:MIX SGLD/PEREZ EMPLOYMENT CHASE FEDERAL LITIGATION DOCUMENTS/DEMAND FOR TRIAL BY JURY

2