**Law Offices of Saul L. Glass**
One Barker Avenue Suite 425
White Plains, New York 10601

(914) 682-0257

805 Third Avenue
16ᵗʰ Floor
New York, New York 10022
(212) 355-8244
(212) 759-2536 (Fax)
saulglasslaw@aol.com
www.saulglasslaw.com

FAX: (914) 682-0689

Please respond to White Plains

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

December 3, 2007

VIA FACSIMILE
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312
(212) 805-7941

Nydia Perez v  JP Morgan Chase Bank, N A
S.D.N.Y. 07 Civ. 8446 (LAP) (MHD)

Dear Judge Preska·

I am counsel to plaintiff Nydia Perez in this matter which is before Your Honor and was scheduled for an initial pre-trial conference on December 21, 2007 at 9:00 a.m. I will be on vacation on that date. Defendant's counsel, Frederic Lieberman, has graciously consented to an adjournment.  I am writing to confirm this afternoon's conversation among your Courtroom Deputy, Mr. Lieberman, and myself in which we set a provisional adjourned date of January 25, 2008 (at 9:00 a.m.) for the conference, subject to Your Honor's final approval.

Thank you for your consideration of this matter.

So ordered
Loretta A Preska, USDJ
December 4, 2007

Respectfully submitted,

Saul L. Glass (SLG-0310)

cc: Frederic Lieberman, Esq. (by fax)

FUJITSU MD SGLD/PEREZ-EMPLOYMENT CHASE/PRESKA LETTER