## Law Offices of Saul L. Glass
One Barker Avenue Suite 425
White Plains, New York 10601

(914) 682-0257

805 Third Avenue
16th Floor
New York, New York 10022
(212) 355-8244
(212) 759-2536 (Fax)
saulglasslaw@aol.com
www.saulglasslaw.com

FAX: (914) 682-0689

Please respond to White Plains



March 10, 2008

**VIA FACSIMILE**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312
(212) 805-7941

        Nydia Perez v. JP Morgan Chase Bank, N.A.
        S.D.N.Y. 07 Civ. 8446 (LAP) (MHD)

Dear Judge Preska:

    I am counsel to plaintiff, Nydia Perez, in this matter which is before Your Honor and was scheduled for a settlement conference on March 24, 2008.

    Further to Your Honor's order to advise the Court of the status of this matter in person by the 14th of this month, I contacted Chambers this morning and spoke with your Honor's clerk, Tom White. I advised him that the parties had agreed to conduct a private mediation, through Endispute, which is tentatively scheduled for the period from April 8th to the 18th. Limited depositions of Chase witnesses, for the purpose of evaluating the value of the case for settlement, will be proceeding this week and next in accordance with Your Honor's recommendation at the January 25th initial pre-trial conference. After I advised him of the status, Mr. White indicated that I should write the Court.

    (1) Accordingly, the parties request that the March 24th settlement conference be rescheduled until a date after the mediation, if the mediation is unsuccessful, subject to Your Honor's final approval. Plaintiff also requests that the deadline for amendment of (2) the pleadings be extended until one week after the mediation, in the event the mediation is unsuccessful. Defendant's counsel consents to such request.

Honorable Loretta Preska, U.S.D.J.
3/10/2008
Page 2 of 2

③ Plaintiff proposes to submit a status report within one week after the mediation so that the Court will be advised of its outcome.

Thank you for your consideration of this matter.

①, ② and ③ are approved.
So ordered
Loretta A Preska
USDJ

March 14, 2008

Respectfully submitted,

Saul L. Glass (SLG-0310)

cc: Frederic Lieberman, Esq. (by fax)

FUJITSU/MD/SGLD/PEREZ/EMPLOYMENT CHASE/PRESKA LETTER 3.08