# Law Offices of Saul L. Glass
One Barker Avenue Suite 425
White Plains, New York 10601

(914) 682-0257

805 Third Avenue
16th Floor
New York, New York 10022
(212) 355-8244
(212) 759-2536 (Fax)
saulglasslaw@aol.com
www.saulglasslaw.com

FAX: (914) 682-0689

Please respond to White Plains


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

April 18, 2008

VIA FACSIMILE
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312
(212) 805-7941

Nydia Perez v. JP Morgan Chase Bank, N.A.
S.D.N.Y. 07 Civ. 8446 (LAP) (MHD)

Dear Judge Preska:

I am counsel to plaintiff Nydia Perez in this matter before Your Honor. I am writing to advise the Court of the status of the mediation. The parties initially scheduled the mediation for April 16. On April 2, 2008 the parties held a pre-mediation telephone conference with JAMS mediator Dina Jansenson.

During the telephone conference, I expressed reservations about Chase's corporate representative. Chase graciously agreed to supplement its corporate representative, in response to plaintiff's concerns. In order to have all parties present, it was necessary to adjourn the mediation and the parties selected May 9th due to the holidays and vacations. I will advise the Court of the outcome of the mediation thereafter.

I thank the Court for its indulgence in this matter.

Respectfully submitted,

Saul L. Glass (SLG-0310)

cc: Frederic Lieberman, Esq. (by fax)

*[Handwritten annotation:]* Counsel shall inform the Court by letter of the status of the action after the mediation.
So ordered
Loretta A. Preska
USDJ
May 5, 2008