# Law Offices of Saul L. Glass
### One Barker Avenue Suite 425
### White Plains, New York 10601

(914) 682-0257

805 Third Avenue
16th Floor
New York, New York 10022
(212) 355-8244
(212) 759-2536 (Fax)
saulglasslaw@aol.com

FAX: (914) 682-0689

Please respond to White Plains

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

May 12, 2008

**VIA FACSIMILE**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312
(212) 805-7941

Nydia Perez v. JP Morgan Chase Bank, N.A.
S.D.N.Y. 07 Civ. 8446 (LAP) (MHD)

Dear Judge Preska:

I am counsel to plaintiff Nydia Perez in this matter and I write to inform Your Honor of its status. Further to my letter to the Court of April 18th, on May 9, JAMS mediator Dina Jansenson conducted a first mediation session. As a result of that session, the parties have scheduled a continued session for either May 22 or May 27.

Further to my conversation with Megan of Your Honor's Chambers this afternoon, I am also writing to confirm the adjournment of the status conference set for this Friday May 16th. I will promptly notify Chambers of the outcome of the next mediation session.

Thank you for your consideration of this matter.

*[Handwritten: The May 16 conference is adjourned without date.*
*So ordered*
*Loretta A. Preska*
*USDJ*
*May 13, 2008]*

Respectfully submitted,

Saul L. Glass (SLG-0310)

cc: Frederic Lieberman, Esq. (by fax)

FUJITSU/MD/SGLD/PEREZ/EMPLOYMENT CHASE/PRESKA LETTER 5.12.08